**Warner MOORE, Surviving Trustee, "Alliance Syndicate," Appellant, v. John C. NOEL, Collector of Internal Revenue for the District of Virginia, Appellee.**
No. 3453.

Circuit Court of Appeals, Fourth Circuit.
April 4, 1933.

Frank J. Albus, of Washington, D. C., for appellant.

Paul W. Kear, U. S. Atty., and Alvah H. Martin, Asst. U. S. Atty., both of Norfolk, Va., for appellee.

PER CURIAM.

Case dismissed under rule 20 by agreement of counsel.